**FILED**

FEB 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAJNISH RAJNISH, | No. 21-15569 |
| Petitioner-Appellee, | D.C. No. 3:20-cv-07819-WHO<br>Northern District of California,<br>San Francisco |
| v. | |
| DAVID W. JENNINGS; et al., | ORDER |
| Respondents-Appellants. | |

Appellants' unopposed motion (Docket Entry No. 14) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until issuance of the mandate in *Rodriguez Diaz v. Garland*, No. 20-16245, or until further order of the court.

Appellants shall file a status report on May 15, 2023, and every 90 days thereafter while issuance of the mandate in *Rodriguez Diaz v. Garland* remains pending.

Appellants shall notify the court by filing a status report within 7 days after issuance of the mandate in *Rodriguez Diaz v. Garland*.

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

1/16/2023/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

1/16/2023/Pro Mo      2